UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YOSHIA WEISS, on behalf of himself and all : Case No.: 1:20-cv-02555-RRM-SJB
others similarly situated, :
:
:
Plaintiffs, : **STIPULATION OF DISMISSAL AND**
vs. : **ORDER**
:
:
:
MIDLAND CREDIT MANAGEMENT, INC., :
:
Defendant. :
:
:
---------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Midland Credit Management, Inc. shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  October 26, 2020        **COHEN & MIZRAHI LLP**

                                          /s/ *Joseph H. Mizrahi*
                                        JOSEPH H. MIZRAHI

                         JOSEPH H. MIZRAHI
                         JONATHAN B. WEISS
                         300 Cadman Plaza West, 12th Floor
                         Brooklyn, NY  11201
                         Telephone:  929/575-4175
                         929/575-4195 (fax)
                         joseph@cml.legal
                         jonathan@cml.legal

                         *Attorneys for Plaintiff Yoshia Weiss*

DATED:  October 26, 2020                    **HINSHAW & CULBERTSON LLP**


                                            /s/ *Matthew B. Corwin, with consent*
                                                      MATTHEW B. CORWIN

MATTHEW B. CORWIN
DANA B. BRIGANTI
ELLEN B. SILVERMAN
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone: 212/471-6200
212/935-1166 (fax)
mcorwin@hinshawlaw.com
dbriganti@hinshawlaw.com
esilverman@hinshawlaw.com

*Attorneys for Defendant Midland Credit Management, Inc.*


SO ORDERED:

*s/Roslynn R. Mauskopf*          *Dated: 10/27/2020*
────────────────────
CHIEF JUDGE, U.S. District Court
Eastern District of New York

2